IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 09-45 |
| | ) | |
| MARY ANN HELD | ) | |

**ORDER OF COURT**

AND NOW, this 6th day of Dec, 2012, upon consideration of the foregoing Motion to Amend Restitution Order, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the restitution schedule set forth in the judgment and commitment order is hereby amended. Defendant shall pay restitution to the Social Security Administration through a reduction in her monthly benefits paid by the Social Security Administration. The Social Security Administration is to withhold only $75 from Ms. Held's monthly benefits until the restitution amount of $30,000 has been recovered by the Social Security Administration.

This Court finds that Ms. Held relies on her monthly benefits and that withholding more than $75 would be an economic hardship for her and her family. This Court has considered the factors set forth in 18 U.S.C. § 3664(f)(2) in determining this amended schedule of restitution. Specifically, this Court finds that the other financial assets and resources of the defendant are limited and not enough to sustain Ms. Held on a monthly

basis. See 18 U.S.C. § 3664(f)(2)(A). Because Ms. Held receives disability benefits, she has very limited projected earnings or income aside from Social Security Disability benefits. See 18 U.S.C. § 3664(f)(2)(B). Thus, a monthly reduction in her benefits in excess of $75 per month will cause undue economic hardship.

IT IS FURTHER ORDERED that because the total amount of restitution in this case is $30,000, the Social Security Administration cannot collect more than a total of $30,000 in restitution in relation to the above-captioned criminal offense.

_____
Gary L. Lancaster
Chief United States District Judge

cc: Counsel of Record